UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1239

J.D., by his next friends; MARK DAVIS; TAMMY DAVIS,

Plaintiffs – Appellants,

v.

KANAWHA COUNTY BOARD OF EDUCATION,

Defendant – Appellee.

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  Joseph R. Goodwin,
Chief District Judge.  (2:06-cv-00167)

Submitted:  December 7, 2009       Decided:  December 17, 2009

Before WILKINSON, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mark Davis, Tammy Davis, Appellants Pro Se.   Vaughn Sizemore,
BAILEY & WYANT, PLLC, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark and Tammy Davis appeal the district court's order entering judgment in favor of the Kanawha County Board of Education on their claims under the Individuals with Disabilities Education Act, 20 U.S.C.A. §§ 1400-1482 (West 2000 & Supp. 2009); 42 U.S.C. § 1983 (2006); the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 (2006); the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701-796l (2006), and the West Virginia Human Rights Act, W. Va. Code Ann. §§ 5-11-1 to 5-11-21 (LexisNexis 2006 & Supp. 2009). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment.[*] See Davis v. Kanawha County Bd. of Educ., No. 2:06-cv-00167 (S.D. W. Va. Jan. 11, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] We previously affirmed the portion of the district court's judgment granting the Davis's attorney's fees. See J.D. ex rel. Davis v. Kanawha County Bd. of Educ., 571 F.3d 381 (4th Cir. 2009).

2